IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL PIERCE, | ) | CASE NO. 1:04CV0544 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE HEMANN |
| v. | ) | |
| | ) | |
| COLEMAN TRUCKING, INC., et al., | ) | **ORDER** |
| | ) | Docket #67 |
| Defendants. | ) | |

This case is before the magistrate judge on consent. Pending is the motion of defendants for clarification of the court's order of April 12, 2005.

Defendants were ordered to produce the names, last-known addresses, and hours worked for all individuals who worked for Coleman alone or both Coleman and Coleman Dev. within three years of June 1, 200**5**. That date was the date on which the court was to have closed the action to opt-in plaintiffs. Thus, June 1, 2002 was the earliest date after which alleged violations of the Fair Labor Standards Act, 29 U.S.C.A. § 216(b), might be timely filed pursuant to any potentially applicable statute of limitations.

Defendants were to have made this production on or before April 19, 2005. As all deadlines in the court's April 12, 2005 order have been extended 30 days, the date on which the court will close the action to opt-in plaintiffs is now July 1, 2005. Defendants will, nevertheless, produce the names, last-known addresses, and hours worked for all

individuals who worked for Coleman alone or both Coleman and Coleman Dev. within three years of **June** 1, 2005 as originally ordered.

**IT IS SO ORDERED.**

Date: May 3, 2005                     /s/Patricia A. Hemann
                                      Patricia A. Hemann
                                      United States Magistrate Judge